```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 44645
    DENNIS F SAZAMA
    MARY ANN SAZAMA                            CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

         Debtor
    SSN XXX-XX-5376      SSN XXX-XX-3192

---------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/03/04 and confirmed on 02/04/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  32006.88 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00            .00            .00
NATIONAL CITY BANK        SECURED               .00            .00            .00
AMCORE BANK               SECURED VEHIC     7958.99         563.53        7958.99
US BANK                   SECURED VEHIC     6465.07         650.94        6465.07
ECAST SETTLEMENT CORPORA  UNSECURED        9189.46            .00         2198.07
ECAST SETTLEMENT CORP     UNSECURED        1298.24            .00          310.53
DISCOVER BANK             UNSECURED        1868.16            .00          446.85
ECAST SETTLEMENT CORPORA  UNSECURED         307.15            .00           73.47
ECAST SETTLEMENT CORPORA  UNSECURED        8060.13            .00         1927.94
HSN                       UNSECURED       NOT FILED           .00             .00
KOHLS                     UNSECURED         639.30            .00          152.92
ECAST SETTLEMENT CORPORA  UNSECURED        5283.58            .00         1263.80
ECAST SETTLEMENT CORP     UNSECURED         777.58            .00          185.99
RESURGENT CAPITAL SERVIC  UNSECURED        6211.25            .00         1485.70
SAMS                      UNSECURED       NOT FILED           .00             .00
FUSA UNITED VISA          UNSECURED       NOT FILED           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        4982.27            .00         1191.73
BANK ONE/JPM CHASE        UNSECURED         288.34            .00           68.97
ECAST SETTLEMENT CORPORA  UNSECURED        7120.42            .00         1703.17
ECAST SETTLEMENT CORPORA  UNSECURED        5281.05            .00         1263.20
---------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
       Summary of disbursements:
---------------------------------------------------------------------------
                 SECURED      PRIORITY      UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  14424.06        .00      51306.93         .00       65730.99
PRINCIPAL PAID      14424.06        .00      12272.34         .00       26696.40
INTEREST PAID        1214.47        .00           .00         .00        1214.47
```

```
TOTAL PAID              15638.53              .00     12272.34              .00     27910.87
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   1396.01 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 01/13/09                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 44645 DENNIS F SAZAMA & MARY ANN SAZAMA